## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SCB Derivatives, LLC

                    Plaintiff,

v.                                      Case No.: 1:22–cv–02742

                                      Honorable John Robert Blakey

Andrew Bronson, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

       MINUTE entry before the Honorable Gabriel A. Fuentes: Pre–settlement telephonic conference held. The parties reported that they are prepared to participate in a settlement conference. A video settlement conference is set over Cisco WebEx for 10:30 a.m. on 1/29/24. The parties are further instructed to submit a joint statement in "Word" format by no later than noon on 1/22/24 to Judge Fuentes' Settlement Correspondence box at Settlement_Correspondence_Fuentes@ilnd.uscour ts.gov. The joint statement shall contain a list of all of the participants (for each side who will be participating by video) and the email addresses associated with each name, for the purposes of providing all of the parties with the email invites and the link to connect to the video conference. Parties are instructed to make sure all join the conference from their own email account through the "join meeting" link in their calendar event. Mediation statements in compliance with the Standing Order are due from plaintiff by 5 p.m. on 1/9/24 and from defendant by 5 p.m. on 1/23/24, to the Court's settlement correspondence mailbox and copied to opposing counsel. A pre–settlement telephonic conference is set for 9 a.m. on 1/26/24, when the parties are directed to contact the magistrate judge at the number they have been provided. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.